**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TODD RICHARDSON,**<br>*Petitioner,*<br><br>v.<br><br>**COMMONWEALTH OF PENNSYLVANIA,**<br>***et al.,***<br>*Respondents.* | **Case No. 5:25-cv-03185-JDW** |

**ORDER**

**AND NOW**, this 2nd day of November, 2026, upon consideration of the Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 5), the Report And Recommendation of Magistrate Judge Scott Reid (ECF No. 16), and Petitioner's Objection To Magistrate Judge Scott W. Reid's Order Entered March 27, 2026 Pursaunt To 28 U.S.C. § 636(b)(1)(A), And Appeal To A U.S. District Court Judge (ECF No. 19), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Mr. Richardson's Objection to Judge Reid's Report And Recommendation (ECF No. 19) is **OVERRULED**;

2. Judge Reid's Report And Recommendation is **APPROVED** and **ADOPTED**;

3. Mr. Richardson's Amended Petition (ECF No. 5) is **DENIED** and **DISMISSED**; and

4. A Certificate Of Appealability **SHALL NOT ISSUE**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT**:

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.